IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROCHELLE RUNDELL-PRINCEHOUSE,

    Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant.

No. 1:10-cv-0988-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed Findings and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See <u>Lorin Corp. v Goto & Co., Ltd.</u>, 700 F.2d 1202, 1206 (9th Cir. 1983).

    I have given the legal issues *de novo* review. I agree with Magistrate Judge Clarke that plaintiff has shown the Commissioner's decision to deny benefits was not supported by

1 - ORDER

substantial evidence. Accordingly, I ADOPT the Findings and Recommendation of Magistrate Judge Clarke.

## CONCLUSION

Magistrate Judge Clarke's Findings and Recommendation (#23) are adopted. The Commissioner's decision is reversed and remanded pursuant to 42 U.S.C. § 405(g) for an immediate calculation and award of benefits.

IT IS SO ORDERED.

DATED this 31 day of January, 2012.

_____
OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER