IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

ROCHELLE RUNDELL-PRINCEHOUSE,

      Plaintiff,

No. 1:10-cv-0988-CL

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

**ORDER**

      Defendant.

---

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). When either party objects to any portion of a Magistrate Judge's Report and Recommendation, the district court makes a de novo determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach.,

1 - ORDER

Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

Here, plaintiff objects to the Report and Recommendation, so I have reviewed this matter de novo. I agree with Magistrate Judge Clarke's recommendation on the calculation of reasonable attorney's fees for plaintiff's counsel. Accordingly, I ADOPT the Report and Recommendation of Magistrate Judge Clarke.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#38) is adopted. Plaintiff's amended motion for attorney's fees (#36) is granted in part. Plaintiff is awarded attorney's fees of $31,265.26 under 42 U.S.C. § 406(b), minus the previously awarded attorney's fees of $6,331.67 under the Equal Access to Justice Act.

IT IS SO ORDERED.

DATED this 21 day of February, 2013.

*/s/ Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER